# File Hashes for IP Address 72.131.102.86

**ISP:** Road Runner
**Physical Location:** Milwaukee, WI

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/21/2013 09:26:42 | A84109FC86C20C3D42C2B9D30BFD2F3268D751C8 | Breakfast in Bed |
| 01/21/2013 08:30:20 | 04CCAAEEEE95A304E8E1E909432BD4392C43BE6B | Yoga Master and Student |
| 01/01/2013 09:39:05 | 2F73EB7A20893FCF0B3C8E50C4775048B6D46F38 | Introducing Angelica |
| 12/31/2012 06:57:00 | 9FF36203B7D219D4020CE0D709F26D89FBBEB4A7 | A Girls Fantasy |
| 12/21/2012 17:15:41 | 036BE03A1983921508EC7F1F70C89FBA37E07F32 | Unforgettable View #2 |
| 12/21/2012 16:28:15 | E2A7A4031710CD1B13C52B0E04808D2787400E8E | Unforgettable View #1 |
| 12/21/2012 07:37:12 | 122C8A4DF1A639EE653D8D61680C3CCF3D328353 | A Love Story |
| 12/13/2012 14:50:38 | 41EC762EA3071C2E54E80F7FA4B4B4412E50E1BD | Then They Were Three |
| 11/26/2012 02:56:18 | AC4FF9B08A0EF87D1CB1C8E7BFFA607BC935F601 | Tarde Espanola |
| 11/26/2012 02:36:51 | 2D944FBF51FCFD4184A742CC675EFF5DEE9E7B40 | Heart and Soul |
| 11/01/2012 22:46:42 | FD81A065799EBC23DAF22C8D3E3CD35DFA2E2268 | A Day to Remember |
| 10/16/2012 04:52:30 | 3418CA8F89935F424756118B6FEA0B26F3482A19 | Wild Things |
| 10/16/2012 04:49:35 | F0DDABC259253836A28932B365AFB0D1387A1992 | Dangerous Game |
| 10/05/2012 18:01:16 | B4B3282993175058AB3F05B4E0994F1DB62F2C9D | This Side of Paradise |
| 10/04/2012 06:16:33 | 9830D15B5D1BC23579ABD22B39A2BF5E6C941628 | Photo Fantasy |
| 09/11/2012 00:15:46 | 780DF38C30647D65D3723D782F02A9BD70ADE51B | Starting Over |

**Total Statutory Claims Against Defendant: 16**

EXHIBIT A